IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH L. CAMPBELL,

        Petitioner,

vs.

PEOPLE OF THE STATE OF CALIFORNIA,

        Respondent.

No. C 11-1746 WHA (PR)

**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS**

(Docket No. 2)

Petitioner filed this pro se petition for a writ of habeas corpus under 28 U.S.C. 2254 challenging a state court conviction.

Petitioner states that he presently has a "petition, appeal or other post-conviction proceeding" pending before the Santa Clara County Superior Court (Pet. 5). The Ninth Circuit has held unequivocally that the habeas exhaustion requirement is not satisfied if there is a pending proceeding in state court, even if the issue the petitioner seeks to raise in federal court has been finally determined by the highest available state court. *Sherwood v. Tomkins*, 716 F.2d 632, 634 (9th Cir. 1983). This is because the pending state action might result in reversal of the conviction on some other ground, mooting the federal case. *Ibid.*

The petition is **DISMISSED** without prejudice to refiling it when no further proceedings are pending in the California state courts. The application for leave to proceed in forma pauperis (docket number 2) is **GRANTED**.

Rule 11(a) of the Rules Governing Section 2254 Cases now requires a district court to rule on whether a petitioner is entitled to a certificate of appealability in the same order in which the petition is dismissed. Petitioner has failed to make a substantial showing that

reasonable jurists would find it debatable whether the district court was correct in its procedural ruling. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.

**IT IS SO ORDERED.**

Dated: April  29 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\CAMPBELL1746.DSM.wpd

2